ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2011 JUN 24  AM 9: 37

CLERK C Adams
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Teri Lynn Hinkle )
    Plaintiff )
)
vs )
)
FINANCIAL )
RECOVERY SERVICES )
John Does 1 thru 10 )
    Defendant(s) )

Case No **CV311 064**

Judge _____

Trial by Jury Demanded

## ORIGINAL COMPLAINT FOR VIOLATIONS OF THE FCRA

### JURISDICTION

1. This court has jurisdiction under 15 U.S.C. §1681p and 28 U.S.C §1331.

2. All conditions precedent to the bringing of this action have been performed.

### PARTIES

3. The Plaintiff in this lawsuit is Teri Lynn Hinkle, a natural person, who resides in Dodge County, Georgia.

4. The Defendant in this lawsuit is FINANCIAL RECOVERY SERVICES an unknown entity with offices at P.O. Box 385908, Minneapolis, MN, 55438

### VENUE

5. The occurrences which give rise to this action occurred in Dodge County, Georgia and Plaintiff resides in Dodge County, Georgia.

6. Venue is proper in the Southern District of Georgia.

## GENERAL ALLEGATIONS

7. Plaintiff pulled her consumer credit reports from the three major credit reporting agencies and found entries by entities that she was unfamiliar with in the reports.

8. Plaintiff determined that her consumer credit report had been pulled on various occasions by various entities she did not recognize and without her consent.

9. Plaintiff found after examination of her TransUnion consumer credit report that Defendant FINANCIAL RECOVERY SERVICES had pulled Plaintiff's TransUnion consumer credit report in August of 2010.

10. Discovery of violation brought forth herein occurred in May of 2011 and is within the statute of limitations as defined in FCRA, 15 U.S.C. § 1681p.

## Count 1

## VIOLATION OF THE FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681 WILLFUL NON-COMPLIANCE BY DEFENDANT FINANCIAL RECOVERY SERVICES

11. Paragraphs 1 through 10 are realleged as though fully set forth herein.

12. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. § 1681a(c).

13. TransUnion is a credit reporting agency within the meaning of the FCRA, 15 U.S.C. § 1681a(f).

14. Consumer credit report is a consumer report within the meaning of the FCRA, 15 U.S.C. § 1681a(d).

15. The FCRA, 15 U.S.C. § 1681b defines the permissible purposes for which a person may obtain a consumer credit report.

16. Such permissible purposes as defined by 15 U.S.C. § 1681b are generally, if the consumer makes application for credit, makes application for employment, for underwriting of insurance involving the consumer, or is offered a bona fide offer of credit as a result of the inquiry.

17. Plaintiff has never had any business dealings or any accounts with, made application for credit from, made application for employment with, applied for insurance from, or received a bona fide offer of credit from the Defendant FINANCIAL RECOVERY SERVICES.

18. At no time did Plaintiff give her consent for Defendant FINANCIAL RECOVERY SERVICES to acquire her consumer credit report from any credit reporting agency.

19. In August of 2010 Defendant FINANCIAL RECOVERY SERVICES obtained the TransUnion consumer credit report for the Plaintiff with no permissible purpose in violation of FCRA, 15 U.S.C. § 1681b.

20. The action of Defendant FINANCIAL RECOVERY SERVICES obtaining the consumer credit report of the Plaintiff with no permissible purpose or Plaintiff's consent was a willful violation of FCRA, 15 U.S.C. § 1681b and an egregious violation of Plaintiff's right to privacy.

Wherefore, Plaintiff demands judgment for damages against Defendant, FINANCIAL RECOVERY SERVICES for statutory damages of $1000.00, punitive damages to be determined by this honorable court, attorney's fees, and costs pursuant to 15 U.S.C. § 1681n.

## DEMAND FOR TRIAL BY JURY

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Dated: June 22, 2011

Respectfully Submitted,

*Teri Lynn Hinkle*
Teri Lynn Hinkle
322 Bethel Street
Eastman, Georgia 31023
478-374-4132

Service to:

FINANCIAL RECOVERY SERVICES
P.O. Box 385908
Minneapolis, MN
55438

Hinkle
322 Bethel St.
Eastman, GA
31023

Clark U.S. D
Post Office
Augusta, Ga





30903

U.S. POSTAGE
PAID
EASTMAN, GA
31023
JUN 23, 11
AMOUNT
$1.68
00026722-03

Clerk U.S. District Court
Post Office Box 1130
Augusta, Georgia 30903